## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**THOMAS BRADFORD and**
**PATRICIA ANN BRADFORD**                         **CIVIL ACTION**

**VERSUS**

**THE MCCARTY CORPORATION., ET AL**              **No. 08-746-JVP-SCR**

---

### ANSWER OF CBS CORPORATION

---

Now Into court, comes CBS Corporation, a Delaware Corporation, successor to Viacom, Inc., f/k/a CBS Corporation, f/k/a Westinghouse Electric Corporation and responding to plaintiff's petition, generally denies all allegations contained therein except as hereinafter specifically admitted and further answering respectfully states:

### ANSWER

1.

This defendant admits its name and corporate status.

2.

With regard to the allegations concerning the manufacture, sale, distribution or use of asbestos-containing products, CBS specifically denies that (a) it manufactured any product that

was unreasonably dangerous or unreasonably dangerous *per se*, (b) it knew or had reason to know that any product it manufactured was unreasonably dangerous or unreasonably dangerous *per se*, (c) it owed any duty under Louisiana law to warn plaintiff, (d) any product relevant to the present litigation was marketed for purchase or use by individuals such as plaintiff (e) it was negligent in manufacturing or selling any product relevant to the present litigation, (f) that alternative products were available for use at the time of manufacture and/or sale, (g) that exposure to any CBS product caused plaintiff's alleged injuries, (h) that any failure to warn caused plaintiff's alleged injuries, and (i) that CBS engaged in any fraudulent conduct.

3.

CBS denies that plaintiff was exposed to asbestos fibers from any product it manufactured, distributed or sold, and further denies that plaintiff's injuries, if any, were caused by exposure to asbestos fibers from any CBS product.

4.

CBS denies that it, individually or in concert with any other party, undertook or supported any attempt to manipulate, suppress or withhold any scientific or medical information relating to asbestos.

5.

Regarding any and all allegations of fraud, CBS (a) denies that it made any fraudulent misrepresentations, (b) denies that plaintiff relied on any statement made or information provided by CBS, and (c) denies all allegations of fraudulent misconduct.

6.

CBS reurges and reaffirms all previously filed exceptions, motions and defenses.

2

7.

CBS denies that the principles of solidary liability are applicable in the present case, and further denies that it can be held liable for any amount exceeding the percentage of fault, if any, allocated to CBS by the trier of fact.

8.

CBS admits all allegations regarding any of its co-defendants.

## Affirmative Defenses

9.

To the extent that facts pleaded and developed through discovery provide a basis for affirmative defenses, CBS specifically pleads the affirmative defenses of lack of causation, intervening cause, superseding cause, fault of third parties, sophisticated purchaser/user doctrine, contributory negligence, comparative fault, failure to mitigate, prescription, peremption, immunity, lis pendens, claim splitting, lack of solidary liability, application of the Louisiana Products Liability Act, reduction of liability for release of solidary co-obligors, lack of solidary liability regarding the wrongful death claim, release of solidary debt without reservation, res judicata and that the petition of plaintiffs fails to state a cause of action for fraud or conspiracy.

WHEREFORE, CBS prays that after due proceedings there be judgment in its favor dismissing plaintiff's demands at plaintiff's costs.

By Attorneys:

**JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE, L.L.P.**

LEON GARY, JR. (Bar Roll No. 5959)
WILLIAM L. SCHUETTE (Bar Roll No. 2098)
MICHELE W. CROSBY (Bar Roll No. 20152)

JAMES C. PERCY (Bar Roll No. 10413)
OLIVIA SMITH REGARD (Bar Roll No. 27114)
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, Louisiana 70809-7000
Telephone:     (225) 248-2000
Facsimile:     (225) 248-3051

_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile, electronic mail, hand delivery, regular mail or by placing the same with any court appointed document repository.

Baton Rouge, Louisiana, this _10th_ day of December, 2008.

_____